IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil No. 1:18-cv-00268-RJC

| CHRISTY RENEE WORLEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on Plaintiff's Unopposed Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), (Doc. No. 11).

Based on the record before this Court, no objection by Defendant, and for good cause shown, this matter is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(2). The Clerk of Court is directed to close this case.

**SO ORDERED**.

Signed: March 29, 2019

Robert J. Conrad, Jr.
United States District Judge